IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

BRET EVAN WEBSTER,

        Plaintiff,              Civil No. 11-1052-AA

       v.                        ORDER

CHERYL A. ALBRECHT,
et al.,

        Defendants.

Aiken, District Judge.

    Plaintiff filed a civil complaint but did not pay the requisite filing fee or file an application to proceed in forma pauperis.

    By Order (#6) entered September 21, 2011, plaintiff was allowed 30 days to either submit the requisite fee or an application to proceed in forma pauperis and advised that failure to either pay the fee or file a proper application to proceed in forma pauperis would result in the dismissal of this proceeding for failure to prosecute.

    Plaintiff was further advised that his "Verified

1 - ORDER

Complaint" (#1) was subject to dismissal by the court without service of process on defendants because it is frivolous and fails to state a claim.

Plaintiff has neither paid the fee, file an application to proceed in forma pauperis, or requested an extension of time to do so. This action is dismissed for failure to prosecute.

Plaintiff's motions (#2) and (#5) are denied as moot.

IT IS SO ORDERED

DATED this 27 day of October, 2011.

                                    Ann Aiken
                                    United State District Judge